IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01016-RPM

MARVIN VAN DE WEERT,

    Plaintiff,

v.

BALL CORPORATION,
BALL CORPORATION LONG-TERM DISABILITY PLAN FOR U.S. AND PUERTO
RICO SALARIED EMPLOYEES, and
BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE,

    Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **September 2, 2008, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: July 9th, 2008

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge