IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08cv1016-RPM

MARVIN VAN DE WEERT

    Plaintiff,

v.

BALL CORPORATION, BALL CORPORATION LONG-TERM DISABILITY PLAN FOR U.S. AND PUERTO RICO SALARIED EMPLOYEES, and BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE,

    Defendants.

---

**ORDER RE *UNOPPOSED* MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR WRITTEN DISCOVERY (DOCKET NO. 9) OUT OF TIME**

---

Upon consideration of Defendants' Unopposed Motion For Leave To File Response To Plaintiff's Motion for Written Discovery (Docket No. 9) Out of Time [12], filed on November 19, 2008, it is

ORDERED that said motion is **granted,** and Defendants shall file their response to Docket No. 9 on or before November 24, 2008.

DATED this 20th day of November, 2008.

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Hon. Richard P. Matsch
                          U.S. Senior District Court Judge