IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01016-RPM

MARVIN VAN DE WEERT,

        Plaintiff,

v.

BALL CORPORATION,
BALL CORPORATION LONG-TERM DISABILITY PLAN FOR U.S. AND PUERTO RICO SALARIED EMPLOYEES, and
BALL CORPORATION EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE,

        Defendants.

_____

## ORDER OF DISMISSAL
_____

Upon review of the Stipulation for Dismissal [16], filed on January 13, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: January 14th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge